Wiertel *v.* Legler et ux., Appellants.

Argued November 10, 1971. *Edward W. Goebel, Jr.,* with him *MacDonald, Illig, Jones & Britton,* for appellants; *Thomas E. Doyle,* with him *Plate, Doyle, Kroto & Hutzelman,* for appellees.

Judgment affirmed.

SPAULDING, J., absent.

Wojtkowski, Appellant, *v.* Sears, Roebuck and Company.

Argued November 9, 1971. *Stanley W. Greenfield,* with him *Capozzi, Greenfield & Minsky,* for appellant; *Arnold V. Plum,* with him *Edward R. Lawrence, Jr.,* and *Lawrence, Plum & Lawrence,* for appellee.

Judgment affirmed.

SPAULDING, J., absent.